

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00622-CV

Marisela G. **SALAS**, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, Minor,
Appellants

v.

**ALLEN KELLER CO. I, L.L.C**. d/b/a Allen Keller Co.,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13410
Honorable N. Keith Williams, Judge Presiding

# O R D E R

In this appeal, appellant appeals a judgment signed June 9, 2014. Accordingly, the notice of appeal was due July 9, 2014, or a motion for extension of time to file the notice of appeal was due fifteen days later on July 24, 2014. *See* TEX. R. APP. P. 26.1, 26.3. The record contains a notice of appeal file stamped July 11, 2014. The notice of appeal contains a certificate of service stating the notice of appeal was served on appellee by mail on July 9, 2014; however, it does not state it was filed by mail with the district clerk on that same date. Appellant did not file a motion for extension of time to file the notice of appeal.

A notice of appeal may appear to be late if filed by mail pursuant to rule 9.2(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.2(b); *Lofton v. Allstate Ins. Co.*, 895 S.W.2d 693 (Tex. 1995). Additionally, a motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (Tex. 1997). However, the appellant must offer a reasonable explanation for failing to file timely the notice of appeal. See id.; *see also* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

We therefore order that appellant may file, on or before **October 30, 2014**, a response establishing that the notice of appeal was timely filed by mail or offering a reasonable explanation for failing to file the notice of appeal timely. If appellant

fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required, appellant must ask the district clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of this court.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

Keith E. Hottle
Clerk of Court